IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ZHENLU ZHANG,  )
   )
    Plaintiff,  )
   )
v.  )  1:11cv942 (LMB/IDD)
   )
ROLLS-ROYCE, SEAWORTHY  )
SYSTEMS, INC.  )
   )
    Defendant.  )

FILED JAN - 5 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's Motion for Reconsideration [Dkt. No. 44] be and is DENIED.

To appeal the Court's decision, plaintiff must file a written Notice of Appeal with the Clerk of this Court within thirty (30) days of this Order. See Fed. R. App. P. 4(a)(4)(A)(iv), (vi). Failure to file a timely Notice of Appeal waives the right to appeal this decision.

The Clerk is directed to forward copies of this Order to counsel of record and to plaintiff pro se and to remove argument of this motion from the Friday, January 6, 2012 motions docket.

Entered this 5 day of January, 2012.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge